## Commonwealth *v.* Lewis, Appellant.

Submitted January 11, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*R. Barclay Surrick,* Assistant Public Defender, for appellant.

*Vram Nedurian Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 12, 1971:
Order affirmed.